UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| HERBERT H. HOBBS, | ) |
| Plaintiff, | ) ) ) |
| v. | )  Case No. 1:16-cv-3519 RLY-DKL |
| INDIANA DEPARTMENT OF CORRECTIONS, | ) ) ) ) |
| Defendant. | ) ) ) |

**ORDER**

Pursuant to F.R.C.P. 41(a)(1)(ii) the parties filed a Stipulation of Dismissal with prejudice. The Court having reviewed said Stipulation and being otherwise duly advised find the Stipulation to be proper and that the above-captioned case should be dismissed.

THEREFORE. IT IS ORDERED, ADJUDGED AND DECREED that this matter is dismissed, with prejudice, as to the Defendant with each party bearing its own fees and costs.

**SO ORDERD** this 29th day of March 2017.

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

*Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.*